96 F.3d 1433
 John Hollawell
v.
Joseph D. Lehman, Commissioner, Laurence J. Reid, Executive
Deputy Commissioner, Martin L. Dragovich, Superintendent,
Sci-Mahaney, John Stepanik, Superintendent, Sci-Dallas,
Edward Klem, Deputy Superintendent, at Sci-Mahaney, Francis
D. Phillips, Deputy Superintendent, at Sci-Mahaney, James J.
Welby, Hearing Examiner of Doc, Edgar Kniess,
 NO. 96-1039
 United States Court of Appeals,
Third Circuit.
 Aug 01, 1996
 
 Appeal From: E.D.Pa., No. 94-cv-06323,
 Buckwalter, J.
 
 
 1
 AFFIRMED.